**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6962**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

BARBARA M. BUSH,

        Defendant - Appellant.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Benson Everett Legg, District Judge.
(8:06-cr-00202-BEL-1)

Submitted:  November 29, 2011      Decided:  December 8, 2011

Before NIEMEYER, KEENAN, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Barbara M. Bush, Appellant Pro Se.  Bonnie S. Greenberg, Sandra
Wilkinson, Assistant United States Attorneys, Baltimore,
Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Barbara M. Bush appeals following the dismissal of an indictment charging her with two counts of threatening a federal judge, in violation of 18 U.S.C. § 876(c) (2006). "[A]bsent extraordinary circumstances, a defendant has no standing to appeal the dismissal of an indictment." United States v. Moller-Butcher, 732 F.2d 189, 190 (1st Cir. 1983); see also United States v. Lanham, 631 F.2d 356 (4th Cir. 1980). Accordingly, we dismiss the appeal. Bush's motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED